# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schmehl, Jeffrey L. | U. S. District Court, Eastern District of PA | 5/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

The Madison Building
Room 401, 400 Washington Street
Reading, PA 19601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Berks County Employee Retirement Plan-Member presently receiving benefits. |
| 2. 2013 | State Employee Retirement System-Member presently receiving benefits. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 5/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Berks County Employment Pension | $2,498.00 |
| 2. 2015 | State Employee Retirement System Pension | $69,046.92 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | �altafull Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA | March 27-28, 2015 | New York, New York | Annual Dinner | Transportation, food, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 5/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Affinity Bank Cash Accounts | A | Int./Div. | L | T | | | | | |
| 2. Federated Kaufmann Fund C | D | Int./Div. | K | T | | | | | |
| 3. Federated Equity Income C | A | Int./Div. | K | T | | | | | |
| 4. Federated Kaufmann Large Cap C | D | Int./Div. | K | T | | | | | |
| 5. Federated Kaufmann Small Cap C | B | Int./Div. | J | T | | | | | |
| 6. Franklin Mutual Global Discovery | A | Int./Div. | K | T | | | | | |
| 7. Templeton Growth | A | Int./Div. | J | T | | | | | |
| 8. Templeton World | A | Int./Div. | J | T | | | | | |
| 9. Templeton Foreign | A | Int./Div. | J | T | | | | | |
| 10. Franklin Income | A | Dividend | K | T | | | | | |
| 11. Jackson Black Rock Gobal | D | Int./Div. | K | T | | | | | |
| 12. Jackson Agressive Growth | E | Int./Div. | K | T | | | | | |
| 13. Jackson Growth | E | Int./Div. | L | T | | | | | |
| 14. American Funds Growth Portfolio | E | Int./Div. | M | T | | | | | |
| 15. New Millenium Investments(X) | B | Int./Div. | J | T | | | | | |
| 16. - Apple, Inc | A | Int./Div. | J | T | | | | | |
| 17. - Baidu, Inc | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Caterpillar, Inc | A | Int./Div. | | | Sold | 10/21/15 | J | A | |
| 19. - Dyadic International, Inc | A | Int./Div. | | | Sold | 01/21/15 | J | A | |
| 20. - Exxon Mobil Corp | A | Int./Div. | J | T | | | | | |
| 21. - Genta, Inc. | A | Int./Div. | | | Sold | 04/22/15 | J | A | |
| 22. - I Shares North American Resources , ETF | A | Int./Div. | J | T | | | | | |
| 23. - JP Morgan Chase & Co. | A | Int./Div. | J | T | | | | | |
| 24. - Powershares QQQ ETF | A | Int./Div. | J | T | | | | | |
| 25. - Procter & Gamble Company | A | Int./Div. | J | T | | | | | |
| 26. - Sector Financial Select- Sector SPDR EFT | A | Int./Div. | J | T | | | | | |
| 27. - SPOR Gold Tows | A | Int./Div. | | | Sold | 01/21/15 | J | A | |
| 28. - TEVA Pharmaceutical Inds Ltd | A | Int./Div. | J | T | | | | | |
| 29. - Unilever PLC | A | Int./Div. | J | T | | | | | |
| 30. - Vanguard FTSE Emerging Markets ETF | A | Int./Div. | J | T | | | | | |
| 31. - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 32. - Whole Food Market, Inc. | A | Int./Div. | | | Sold | 05/21/15 | J | A | |
| 33. - Disney | A | Int./Div. | J | T | | | | | |
| 34. - Fannie Mae | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 5/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Home Depot | A | Int./Div. | J | T | | | | | |
| 36. - United Technologies | A | Int./Div. | J | T | | | | | |
| 37. - TESLA Motors | A | Int./Div. | | | Sold | 02/18/15 | J | A | |
| 38. - Wisdom Tree Investments | A | Int./Div. | J | T | | | | | |
| 39. - Altria Group Inc | A | Int./Div. | J | T | Buy | 01/21/15 | J | | |
| 40. - Cyber Ark Software LTD | A | Int./Div. | J | T | Buy | 04/23/15 | J | | |
| 41. - Fireeye Inc | A | Int./Div. | J | T | Buy | 04/23/15 | J | | |
| 42. - Gilead Sciences Inc | A | Int./Div. | J | T | Buy | 01/21/15 | J | | |
| 43. - Medtronic PLC | A | Int./Div. | J | T | Buy | 01/27/15 | J | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schmehl, Jeffrey L. | 5/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. As to the Federated Accounts, #2 through 5 are various Federated Accounts that are part of my Federated Account.

2. As to the Franklin/Templeton Funds, #6 through #10 are various funds that are part of a Franklin/Templeton Account.

3. As to the JNL Persp Accounts, #11 through #13 are various funds that are part of a Jackson Life Insurance Company Account.

4. New Millenium Investments is a small investment club that I am a part of.   The individual stock/investments listings in #16 through #43 were either held by the club, sold by the club or bought by the club as listed for the year 2015.   All individual funds and individual investments listed in the New Millenium Investements are signified with a dash (-) in front of said funds/stocks/investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey L. Schmehl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544